176 A.3d 223

STATE OF NEW JERSEY, PLAINTIFF, v. MICHAEL J. DIEDUAR-
DO, A/K/A MICHAEL JOHN DIEDUARDO, ANTHONY DIED-
UARDO, JOHN TETELMAN, DEFENDANT. STATE OF NEW
JERSEY, PLAINTIFF-RESPONDENT, v. MICHAEL SHORTER,
A/K/A MICHAEL SHORTOR, MICHAEL LAMONT SHORTER,
MIKE WILLIAMS, DEFENDANT-PETITIONER. STATE OF
NEW JERSEY, PLAINTIFF, v. CARMELO SOTO, DEFENDANT.

C–405 September Term 2017
079621

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–236/984/1044–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.